# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED NOVEMBER 25, 2015

### NO. 03-15-00521-CV

**Roger Fay, Appellant**

**v.**

**Texas A&M University, Geochemical and Environmental Research Group; The College of Geosciences and Maritime Studies; Dr. Ray Bowen; Dr. Robert Duce; Dr. Norman Guinasso; Dr. Roger Sassen; and Dr. David Schink, Appellees**

---

**APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY BEFORE CHIEF JUSTICE ROSE, JUSTICE PEMBERTON AND FIELD DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PEMBERTON**

---

This is an appeal from the order signed by the district court on July 21, 2015. Having reviewed the record, the Court holds that appellant has not prosecuted his appeal and did not file a brief, nor comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.